1  Venkat Balasubramani
   venkat@balasubramani.com
2  (State Bar No. 189192)
   **BALASUBRAMANI LAW**
3  8426 40th Ave. SW
   Seattle, Washington 98136
4  (206) 529-4827 phone
   (206) 260-3966 fax
5  Attorneys for Defendant Carolyn Pestano

   *E-filing*

   *ORIGINAL FILED*
   OCT 25 2007
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND

           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

   AT&T MOBILITY II, LLC,           No. C07-05463

         Plaintiff,                  CERTIFICATION OF INTERESTED
                                     ENTITIES OR PERSONS
         vs.

   CAROLYN PESTANO,

         Defendant.

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: **Viva Wireless, Inc.**

   DATED this 24th day of October, 2007.

                                     BALASUBRAMANI LAW

                                     By: /s/ Venkat Balasubramani
                                     Venkat Balasubramani, Cal. Bar No. 189192
                                     **Attorney for Carolyn Pestano**

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS