Venkat Balasubramani
(State Bar No. 189192)
BALASUBRAMANI LAW
8426 40th Ave. SW
Seattle, Washington 98136
(206) 529-4827 phone
(206) 260-3966 fax
venkat@balasubramani.com
Attorney for Carolyn Pestano

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, | ) No. C07-05463 |
| | ) |
| Plaintiff, | ) STIPULATION EXTENDING TIME TO |
| | ) FILE AN ANSWER OR RESPONSIVE |
| vs. | ) PLEADING |
| | ) |
| CAROLYN PESTANO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Defendant Carolyn Pestano filed a Notice of Removal in this Court on October 25, 2007.

Under the Federal Rules of Civil Procedure and the Local Rules, her deadline to file a responsive pleading falls on November 1, 2007.

The parties jointly agree to an extension of this deadline to November 12, 2007.

DATED this 29th day of October, 2007.

Sarah K. Kohut, Bar No. 197655
Kohut & Kohut LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
(707) 573-3100
(707) 573-3101 Fax
sarah@kohutlaw.com
for AT&T MOBILITY II, LLC (Plaintiff)

Venkat Balasubramani, Bar No. 189192
Balasubramani Law
8426 40th ave SW
Seattle, WA 98136
(206) 529-4827
(206) 260-3966 Fax
venkat@balasubramani.com
for CAROLYN PESTANO (Defendant)