Ronald J. Kohut, Esq. (SBN 66463)
Sarah K. Kohut, Esq. (SBN 197655)
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile:   (707) 573-3101

Attorneys for Plaintiff
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:07-CV-05463 MEJ<br><br>**STIPULATION EXTENDING TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING TO COUNTERCLAIMS** |

AT&T Mobility II, LLC and Carolyn Pestano jointly agree, by and through their respective attorneys of record, to an extension of AT&T Mobility II, LLC's time to answer or otherwise respond to the Counterclaims asserted by Carolyn Pestano to and including January 24, 2008.

Additionally, the parties agree that due to the vacation schedule for counsel for Carolyn Pestano (who is out of the office December 24 through January 10) any deadlines, including those requiring a response or other action

1

shall be extended by seven court days, and in any event not earlier than January 21, 2008 (e.g., a deadline falling on January 7, 2008 shall be extended to January 21, 2008). Notwithstanding the foregoing, the parties shall comply with their obligations to meet and confer and file the joint status report in a timely fashion.

DATED: December 10, 2007     KOHUT & KOHUT LLP

By: *Sarah K. Kohut*
Ronald J. Kohut, Esq.
(SBN 66463)
Sarah K. Kohut, Esq.
(SBN 197655)
Attorneys for Plaintiff
AT&T Mobility II, LLC

DATED: December 10, 2007     BALASUBRAMANI LAW

By: *[signature]*
Venkat Balasubramani, Esq.
(SBN 189192)
Attorneys for Defendant
Carolyn Pestano

2

Stipulation Extending Time To File An Answer Or Responsive Pleading To Counterclaims