1  Ronald J. Kohut, Esq. (SBN 66463)
2  Sarah K. Kohut, Esq. (SBN 197655)
   Kohut & KOhut, LLP
3  3554 Round Barn Blvd., Suite 294
   Santa Rosa, CA 95403
4  (707) 573-3100; Fax (707) 573-3101

5

6  Attorneys for Plaintiff
   AT&T MOBILITY II, LLC
7

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  AT&T MOBILITY, LLC, a Delaware limited
    liability company,                            No. C V-05463 MEJ
12
               Plaintiff(s),                      DECLINATION TO PROCEED BEFORE
13                                                A MAGISTRATE JUDGE
       v.                                                  AND
14  CAROLYN PESTANO, an individual                REQUEST FOR REASSIGNMENT TO A
                                                  UNITED STATES DISTRICT JUDGE
15

16             Defendant(s).
    _____/
17  AND RELATED COUNTERCLAIMS

        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
        The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21

22
    Dated: 12/20/2007                        Signature _____
23
                                             Counsel for Plaintiff
24                                           (Plaintiff, Defendant, or indicate "pro se")

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on this 13th day of November, 2007, the undersigned caused the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE to be filed via the Court's electronic filing (cm/ecf) system, which will provide notice to counsel for Defendants

Venkat Balasubramani
BALASUBRAMANI LAW
2426 40th Ave., SW
Seattle Washington 98136

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on December 21, 2007, at Costa Mesa, California.

AYRIKA S. FERNANDES

CERTIFICATE OF SERVICE

1