```
Ronald J. Kohut, Esq. (SBN 66463)
ron@kohutlaw.com
Sarah K. Kohut, Esq. (SBN 197655)
sarah@kohutlaw.com
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile:  (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN PESTANO, an individual,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. **CV 07-05463** WHA<br><br>**AT&T MOBILITY II, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a) and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff and Cross-Defendant AT&T Mobility II, LLC is a Delaware limited liability company. New Cingular Wireless Services, Inc., a Delaware corporation and AT&T Mobility, LLC, a Delaware limited liability company, own 43% and 57% of AT&T Mobility

1

1  II, LLC respectively.  The members of AT&T Mobility LLC are: SBC Long Distance LLC
2  (whose sole member is SBC Telecom, Inc.); SBC Alloy Holdings, Inc., AT&T Mobility
3  Corporation; BLS Cingular Holdings, LLC (whose members are AB Cellular Holding, LLC
4  [which, in turn, has as members: BellSouth Mobile Data, Inc.; and RAM Broadcasting
5  Corp.]; and Wireless Telecommunications Investment Company, LLC [which, in turn, has as
6  a member: BellSouth Mobile Data, Inc.]); and BellSouth Mobile Data, Inc.

8  DATED:  January 16, 2008                    KOHUT & KOHUT, LLP

10                                              By: /s/ Sarah K. Kohut
11                                                  Sarah K. Kohut
                                                    Attorneys for Defendants

AT&T MOBILITY II, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on this 17th day of January, 2008 the undersigned caused the foregoing AT&T MOBILITY II, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS to be filed via the Court's electronic filing (cm/ecf) system, which will provide notice to counsel for Defendants

Venkat Balasubramani
BALASUBRAMANI LAW
2426 40th Ave., SW
Seattle Washington 98136

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on January 17, 2008, at Costa Mesa, California.

*Ayrika S. Fernandes*
AYRIKA S. FERNANDES