UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY II, LLC, a Delaware
limited liability company

        Plaintiff(s),

v.

CAROLYN PESTANO, an individual

        Defendant(s).

Case No. C 07-05463 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/17/08

                                    AT&T Mobility II, LLC
                                    [Party]

Dated: 1/17/08

                                    Sarah K. Kohut
                                    [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on this 17th day of January, 2008 the undersigned caused the foregoing ADR CERTIFICATION BY PARTIES AND COUNSEL (AT&T MOBILITY, II, LLC) to be filed via the Court's electronic filing (cm/ecf) system, which will provide notice to counsel for Defendants

Venkat Balasubramani
BALASUBRAMANI LAW
2426 40th Ave., SW
Seattle Washington 98136

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on January 17, 2008, at Costa Mesa, California.

_____
AYRIKA S. FERNANDES