UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY II, LLC, a Delaware
limited liability company,

           Plaintiff(s),

v.

CAROLYN PESTANO, an individual

           Defendant(s).
_____/

CASE NO. C 07-05463 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  120 days

Dated: 1/17/08

Dated: 1/17/08

Sarah K. Kohut  *(signature)*
Attorney for Plaintiff

Venkat Balasubramani
Attorney for Defendant
*(signature)*

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other  120 days

IT IS SO ORDERED.

Dated:_____                    _____

                                             UNITED STATES DISTRICT    JUDGE

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on this 17th day of January, 2008 the undersigned caused the foregoing STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS to be filed via the Court's electronic filing (cm/ecf) system, which will provide notice to counsel for Defendants

Venkat Balasubramani
BALASUBRAMANI LAW
2426 40th Ave., SW
Seattle Washington 98136

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on January 17, 2008, at Costa Mesa, California.

_____
AYRIKA S. FERNANDES