Venkat Balasubramani
(State Bar No. 189192)
BALASUBRAMANI LAW
8426 40th Ave. SW
Seattle, Washington 98136
(206) 529-4827 phone
(206) 260-3966 fax
venkat@balasubramani.com
Attorney for Carolyn Pestano

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN PESTANO, an individual,<br><br>Defendant. | Case No. C07-05463 WHA<br><br>**REQUEST TO PARTICIPATE BY TELEPHONE IN STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>**(Local Rule 16-10(a))** |

WHEREAS, this Court has set an initial Status Conference in this Case for January 31, 2008 (at 11am) in Courtroom 9;

WHEREAS, counsel for Carolyn Pestano is located in Seattle, Washington – ordinarily counsel would travel to San Francisco for the Status Conference, but counsel has deadlines in other cases that make such travel difficult;

WHEREAS, Northern District of California Civil Local Rule 16-10(a) provides that a party may request to participate in the conference by telephone – pursuant to that rule, this request is made more than five days before the date of the Status Conference;

THEREFORE, Carolyn Pestano, by and through her counsel of record, respectfully requests that the Court enter an Order that counsel Venkat Balasubramani may appear for Carolyn Pestano at the Status Conference on January 31, 2008 by telephone.

DATED this 23th day of January, 2008.

*(signature)*

Venkat Balasubramani, Bar No. 189192
Balasubramani Law
8426 40th Ave SW
Seattle, WA 98136
(206) 529-4827 / (206) 260-3966 Fax
venkat@balasubramani.com
for CAROLYN PESTANO (Defendant)

## ORDER

Pursuant to Local Rule 16-10(a), and with good cause appearing, counsel for Carolyn Pestano may appear by telephone at the Status Conference on January 31, 2008.

IT IS SO ORDERED.

Dated, January __, 2008

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of January, 2008, the undersigned caused the foregoing **REQUEST TO PARTICIPATE BY TELEPHONE IN STATUS CONFERENCE** to be filed via the Court's electronic filing (cm/ecf) system, which will provide notice to counsel for Plaintiff

> Ronald J. Kohut
> Sarah Kohut
> Kohut & Kohut LLP
> 3554 Round Barn Blvd., Suite 204
> Santa Rosa, CA 95403

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on January 23, 2008, at Seattle, Washington.

_____
Venkat Balasubramani, Cal. Bar No. 189192