1  Ronald J. Kohut, Esq. (SBN 66463)
   *ron@kohutlaw.com*
2  Megan L. Wagner, Esq. (SBN 130752)
   *megan@kohutlaw.com*
3  Sarah K. Kohut, Esq. (SBN 197655)
   *sarah@kohutlaw.com*
4  KOHUT & KOHUT LLP
   3554 Round Barn Blvd., Suite 204
5  Santa Rosa, California  95403
   Telephone: (707) 573-3100
6  Facsimile:   (707) 573-3101

7  Attorneys for Plaintiff and Cross-Defendant
   AT&T MOBILITY II, LLC
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | AT&T MOBILITY II, LLC, a Delaware limited liability company, | ) | Case No. CV 07-05463 WHA
12 |                                                               | ) |
13 |                  Plaintiff,                                   | ) | **AT&T MOBILITY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Re: MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO and MOTION TO DISMISS)**
14 |         v.                                                   | ) |
15 | CAROLYN PESTANO, an individual,                              | ) |
16 |                  Defendant.                                   | ) |
17 |                                                               | ) | [Proposed Order and Declarations of Cynthia Hennessy and Sarah K. Kohut Filed Concurrently]
18 | AND RELATED COUNTERCLAIMS                                    | ) |
19 |                                                               | ) |
20 |                                                               | ) | Date: March 6, 2008
21 |                                                               | ) | Time: 8:00 a.m.
22 |                                                               | ) | Courtroom: 9
23 |                                                               | ) |

24
25
26
27
28

1

**CASE NO. CV 07-05463 WHA:  AT&T MOBILITY's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Civil Rules 7-11, 79-5(b) and 79-5(c), Plaintiff AT&T Mobility II, LLC ("AT&T Mobility"), respectfully requests that the following documents be filed under seal:

1. Page 3, lines 4-6, 8-9, 12-13, 17-18 and page 6, lines 5-11 of the Memorandum of Points and Authorities in Support of the Motion By AT&T Mobility II, LLC To Compel Arbitration Of Counterclaims Of Carolyn Pestano (scheduled to be heard March 6, 2008) ("the Motion to Compel Arbitration");

2. Page 4 at lines 16-25; page 5 at lines 6-8 and 25-28, page 6 at lines 1-6 and 10-17; page 7 at lines 12-15, 21-22, and 24-28; and page 8 at lines 1-6 of the Memorandum of Points and Authorities in Support of the Motion By AT&T Mobility II, LLC To Dismiss the First, Second, Fifth and Sixth Counterclaims of Carolyn Pestano without Leave to Amend (scheduled to be heard March 6, 2008) ("the Motion to Dismiss").

3. The "Cingular Wireless Exclusive Dealer Agreement" between Viva Wireless, Inc. and Cingular Wireless II, LLC (the "Dealer Agreement"), Exhibit B to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss;

4. The "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base" (the "2/1/06 SMF Release"), Exhibit C to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss; and

5. Pages 1-5 of the "Advance Payment Agreement," Exhibit D to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss.

Good cause exists to seal the aforementioned documents and portions of documents in that the Dealer Agreement contains a provision identifying certain information, including the terms of the Dealer Agreement, as being Confidential Information and trade secrets of

1  Cingular Wireless II, LLC, precluding the parties to the Dealer Agreement from disclosing
2  such Confidential Information. [Dealer Agreement, § 4.2.1]. Likewise, paragraph 4(b) of
3  the 2/1/06 SMF Release and paragraph 4 of the Advance Payment Agreement identify the
4  terms of those contracts to be Confidential Information. Further, as set forth in the
5  Declaration of Cynthia Hennessy, the Dealer Agreement, 2/1/06 SMF Release, and Advance
6  Payment Agreement, are agreements currently in use by AT&T Mobility, which AT&T
7  Mobility considers and treats as confidential and containing proprietary information, the
8  disclosure of which would negatively affect AT&T Mobility. [Hennessy Decl., at ¶¶3-5.]

9      This request is narrowly tailored to seal only the material for which good cause to seal
10 has been established.

11     For the foregoing reasons, AT&T Mobility, successor to Cingular Wireless II, LLC,
12 requests that these documents, and such portions of the Memoranda of Points and Authorities
13 in support of the Motion to Compel Arbitration and Motion to Dismiss that quote from these
14 documents, be filed under seal.

16 Dated: January 24, 2008

KOHUT & KOHUT, LLP

By: /s/ Megan L. Wagner
Megan L. Wagner
Attorneys for Plaintiff AT&T Mobility II, LLC

2

**CASE NO. CV 07-05463 WHA: AT&T MOBILITY's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**