1  Ronald J. Kohut, Esq. (SBN 66463)
   *ron@kohutlaw.com*
2  Megan L. Wagner, Esq. (SBN 130752)
   *megan@kohutlaw.com*
3  Sarah K. Kohut, Esq. (SBN 197655)
   *sarah@kohutlaw.com*
4  KOHUT & KOHUT LLP
   3554 Round Barn Blvd., Suite 204
5  Santa Rosa, California 95403
   Telephone: (707) 573-3100
6  Facsimile:  (707) 573-3101

7  Attorneys for Plaintiff and Cross-Defendant
   AT&T MOBILITY II, LLC
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | AT&T MOBILITY II, LLC, a Delaware limited ) | Case No. CV 07-05463 WHA
   | liability company,                        ) |
12 |                                            ) | **[PROPOSED]**
   |                Plaintiff,                  ) | **ORDER ON AT&T's**
13 |                                            ) | **ADMINISTRATIVE MOTION**
   | v.                                         ) | **TO FILE DOCUMENTS**
14 |                                            ) | **UNDER SEAL (Re: MOTION**
   |                                            ) | **BY AT&T MOBILITY II, LLC**
15 | CAROLYN PESTANO, an individual,            ) | **TO COMPEL ARBITRATION**
   |                                            ) | **and MOTION TO DISMISS)**
16 |                Defendant.                  ) |
17 |                                            ) |
   | AND RELATED COUNTERCLAIMS                  ) |
18 |                                            ) | Date: March 6, 2008
19 |                                            ) | Time: 8:00 a.m.
   |                                            ) | Courtroom: 9
20

---

**CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER ON AT&T'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Upon consideration of AT&T Mobility II, LLC's ("AT&T") Administrative Motion to File Documents Under Seal, and the Court having reviewed the documents,

IT IS ORDERED that AT&T's Administrative Motion to File Documents Under Seal is granted and that the following documents be filed under seal:

(1) Page 3, lines 4-6, 8-9, 12-13, 17-18 and page 6, lines 5-11 of the Memorandum of Points and Authorities in Support of the Motion By AT&T Mobility II, LLC To Compel Arbitration Of Counterclaims Of Carolyn Pestano (scheduled to be heard March 6, 2008) ("the Motion to Compel Arbitration");

(2) Page 4 at lines 16-25; page 5 at lines 6-8 and 25-28, page 6 at lines 1-6 and 10-17; page 7 at lines 12-15, 21-22, and 24-28; and page 8 at lines 1-6 of the Memorandum of Points and Authorities in Support of the Motion By AT&T Mobility II, LLC To Dismiss the First, Second, Fifth and Sixth Counterclaims of Carolyn Pestano without Leave to Amend (scheduled to be heard March 6, 2008) ("the Motion to Dismiss").

(3) The "Cingular Wireless Exclusive Dealer Agreement" between Viva Wireless, Inc. and Cingular Wireless II, LLC (the "Dealer Agreement"), Exhibit B to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss;

(4) The "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base" (the "2/1/06 SMF Release"), Exhibit C to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss; and

**CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER ON AT&T'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1
2   (5)   Pages 1-5 of the "Advance Payment Agreement," Exhibit D to the Declaration
3         of Marc Miguel filed in support of the Motion to Compel Arbitration and
4         Motion to Dismiss.
5
6   Dated: _____, 2008
7                                             _____
                                              Honorable William H. Alsup
                                              United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2
**CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER ON AT&T'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 Anton Blvd, Suite 1075, Costa Mesa, California 92626.

On January 23, 2008, I served the foregoing document: **[PROPOSED ORDER] ON AT&T'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Re: MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION AND MOTION TO DISMISS)** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as follows:

Venkat Balasubramani, Esq.
BALASUBRAMANI LAW
8426 40th Ave., SW
Seattle, Washington 98136
Fax: (206) 260-3966

( )   **BY MAIL**, as follows:

      ( )   **STATE** – I am readily familiar with Kohut & Kohut LLP's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

      (XX)  **FEDERAL** – I deposited such envelope in the U.S. Mail at Costa Mesa, California with postage thereon fully prepaid.

( )   **BY PERSONAL SERVICE**, as follows: I caused a copy of such document to be served by hand to the addresses.

(XX ) **BY OVERNIGHT DELIVERY**, as follows: I caused such envelope to be delivered by overnight delivery service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight delivery service with delivery fees paid or provided for.

( )  **BY FACSIMILE**, as follows: I caused such documents to be transmitted to the telephone number of the addressee listed above, by use of facsimile machine telephone number (714) 384-4131 The facsimile machine used complied with *California Rules of Court*, Rule 2004 and no error was reported by the machine. Pursuant to *California Rules of Court*, Rule 2006(d), a transmission record of the transmission was printed.

( )  **BY CERTIFIED MAIL**, as follows: I am "readily familiar" with Kohut & Kohut LLP's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service, such envelope will be deposited with the U.S. Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified U.S. Mail, Return Receipt Requested, on the above date according to Kohut & Kohut LLP's ordinary business practice.

( )  **STATE** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX)  **FEDERAL** – I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 23, 2008**, at Costa Mesa, California.

AYRIKA. S. FERNANDES