Ronald J. Kohut, Esq. (SBN 66463)
*ron@kohutlaw.com*
Megan L. Wagner, Esq. (SBN 130752)
*megan@kohutlaw.com*
Sarah K. Kohut, Esq. (SBN 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California  95403
Telephone: (707) 573-3100
Facsimile:  (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>   v.<br><br>CAROLYN PESTANO, an individual,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA<br><br>**DECLARATION OF SARAH K. KOHUT IN SUPPORT OF AT&T'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Re: MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO)**<br><br>[Motion to Seal and Proposed Order Filed Concurrently]<br><br>Date: March 6, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9 |

1

I, SARAH K. KOHUT, declare:

1. I am an attorney at law, duly licensed to practice within the courts of the State of California and the United States District Courts of California, Eastern, Central, Southern and Northern Districts and am a special partner in the law firm of Kohut & Kohut LLP, attorneys of record for Plaintiff and Cross-Defendant AT&T Mobility II, LLC ("AT&T Mobility").

2. This declaration is made in support of "AT&T's Administrative Motion To File Documents Under Seal (Re: Motion By AT&T Mobility II, LLC To Compel Arbitration Of Counterclaims Of Carolyn Pestano)" ("Motion to Seal").

3. On Tuesday morning, January 22, 2008, I sent an email to Venkat Balasubramani, counsel for Defendant and Cross-Complainant Carolyn Pestano ("Pestano"), informing him of AT&T Mobility's intent to file an Ex Parte Application to File Documents under Seal with respect to AT&T's Motion to Compel Arbitration and Motion to Dismiss, and informed him that AT&T would seek to file under seal the "Cingular Wireless Exclusive Dealer Agreement," "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base ("2/1/06 SMF Release") and "Advanced Payment Agreement" and those portions of the Motion to Compel Arbitration and Motion to Dismiss that reproduce any language from those agreements. I asked Mr. Balasubramani whether he would be opposing this application.

4. On Wednesday morning, January 23, 2008, Mr. Balasubramani responded that he would oppose the motion to seal and proposed that only portions of the documents be referenced by AT&T Mobility and that "he would consider" stipulating to a redacted version of the agreements. However, this proposal would not work for several reasons. First, all provisions in the documents AT&T Mobility seeks to have filed under seal are considered confidential and proprietary by AT&T Mobility. Second, because AT&T Mobility cannot anticipate what portions of these documents Pestano will cite in opposition to the Motion to Compel Arbitration and Motion to Dismiss, it is impractical to lodge only

1

---

CASE NO. CV 07-05463 WHA: KOHUT DECL. IN SUPPORT OF
AT&T's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

a redacted version of the agreements and then have to go through the process of sealing the sections cited by Pestano, or to be cited in AT&T Mobility's reply briefs.

5. AT&T Mobility seeks to have the following portions of documents being filed on January 24, 2008 filed under seal:

(1) Page 3, lines 4-6, 8-9, 12-13, 17-18 and page 6, lines 5-11 of the Memorandum of Points and Authorities in Support of the Motion By AT&T Mobility II, LLC To Compel Arbitration Of Counterclaims Of Carolyn Pestano (scheduled to be heard March 6, 2008) ("the Motion to Compel Arbitration");

(2) Page 4 at lines 16-25; page 5 at lines 6-8 and 25-28, page 6 at lines 1-6 and 10-17; page 7 at lines 12-15, 21-22, and 24-28; and page 8 at lines 1-6 of the Memorandum of Points and Authorities in Support of the Motion By AT&T Mobility II, LLC To Dismiss the First, Second, Fifth and Sixth Counterclaims of Carolyn Pestano without Leave to Amend (scheduled to be heard March 6, 2008) ("the Motion to Dismiss").

(3) The "Cingular Wireless Exclusive Dealer Agreement" between Viva Wireless, Inc. and Cingular Wireless II, LLC (the "Dealer Agreement"), Exhibit "B" to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss;

(4) The "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base" (the "2/1/06 SMF Release"), Exhibit "C" to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss; and

(5) Pages 1-5 of the "Advance Payment Agreement," Exhibit "D" to the Declaration of Marc Miguel filed in support of the Motion to Compel Arbitration and Motion to Dismiss.

CASE NO. CV 07-05463 WHA: KOHUT DECL. IN SUPPORT OF
AT&T's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

6.  AT&T Mobility is not seeking to seal pages 6-9 of Exhibit "D", which is a stand alone agreement entitled "Dealer Principal Personal Guaranty" ("Guaranty"). The Guaranty does not contain proprietary information of AT&T Mobility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2008 at Seattle, Washington.

Sarah K. Kohut