Ronald J. Kohut, Esq. (SBN 66463)
ron@kohutlaw.com
Megan L. Wagner, Esq. (SBN 130752)
megan@kohutlaw.com
Sarah K. Kohut, Esq. (SBN 197655)
sarah@kohutlaw.com
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile:   (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN PESTANO, an individual, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA <br><br> **DECLARATION OF CYNTHIA HENNESSY IN SUPPORT OF AT&T'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Re: MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO)** <br><br> [Motion to Seal and Proposed Order Filed Concurrently] <br><br> Date: March 6, 2008 <br> Time: 8:00 a.m. <br> Courtroom: 9 |

1

I, CYNTHIA HENNESSY, declare:

1. I am an attorney at law, duly licensed to practice within the courts of the State of Washington, and am Senior Litigation Counsel for AT&T Mobility II, LLC (AT&T Mobility") a party to this action. In 2003 and 2004, I was employed by AT&T Wireless Services, Inc. ("AWS") as Senior Corporate Counsel. Between 2005 and 2007 I was employed by Cingular Wireless LLC ("Cingular") as Senior Litigation Counsel. I have personal knowledge of the following facts and, if called to testify, I could and would competently testify to those facts.

2. This declaration is made in support of "AT&T's Administrative Motion To File Documents Under Seal (Re: Motion By AT&T Mobility II, LLC To Compel Arbitration Of Counterclaims Of Carolyn Pestano)" ("Motion to Seal").

3. Exhibit "B" to the Declaration of Marc Miguel is the "Cingular Wireless Exclusive Dealer Agreement" ("Dealer Agreement"). AT&T Mobility seeks to seal the Dealer Agreement because its terms are confidential and contain valuable proprietary information of AT&T Mobility. The Dealer Agreement provides a roadmap to the relationship between AT&T Mobility and its dealers, including the compensation structure in place between AWS and its dealers. If a competitor, such as Verizon Wireless, Inc., was allowed to view the Dealer Agreement, it could use the information obtained from the Dealer Agreement to gain a competitive advantage and lure AT&T Mobility's dealers away.

4. Exhibit "C" to the Declaration of Marc Miguel is the "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base ("2/1/06 SMF Release")" ("SMF Release"). The SMF Release represents a confidential settlement entered into between AT&T Mobility's predecessor, Cingular Wireless II, LLC, and the alleged assignor of Defendant and Cross-Complainant Carolyn Pestano ("Pestano"), Viva Wireless, Inc. ("Viva") regarding residual commissions. At the time Cingular merged with AT&T Wireless Services, Inc. a number of SMF releases were entered into with former AT&T Wireless Services, Inc. dealers. Different dealers received different terms and amounts under the SMF

1

---

**CASE NO. CV 07-05463 WHA: HENNESSY DECL. IN SUPPORT OF
AT&T's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1 | Releases. If other AT&T Mobility dealers were allowed to view the SMF Release it would
2 | cause discord among AT&T Mobility dealers.

3 |      5.    Exhibit "D" to the Declaration of Marc Miguel is the "Advanced Payment
4 | Agreement" ("APA"). The APA is confidential by its terms (section 4) and contains
5 | proprietary information that would be very harmful to AT&T Mobility if released. The APA
6 | represents an exception in AT&T Mobility's relationships with its dealers. AT&T Mobility
7 | does not generally enter into APA's with its dealers. Indeed, entering into the APA was a
8 | very unusual exception made by Cingular Wireless II, LLC. If other dealers were to learn the
9 | terms of the APA they would demand similar arrangements from AT&T Mobility.

11 | I declare under penalty of perjury under the laws of the United States of America
12 | that the foregoing is true and correct. Executed on January 23, 2008 at Seattle,
13 | Washington.

*Cynthia Hennessy*
Cynthia Hennessy

2

**CASE NO. CV 07-05463 WHA: HENNESSY DECL. IN SUPPORT OF
AT&T's ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**