Ronald J. Kohut, Esq. (SBN 66463)
*ron@kohutlaw.com*
Sarah K. Kohut, Esq. (SBN 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California  95403
Telephone: (707) 573-3100
Facsimile:   (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO**<br><br>Date: March 6, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9 |

1

Now before the Court is a Motion by AT&T Mobility II, LLC to Compel Arbitration of the Counterclaims brought by Carolyn Pestano ("Motion to Compel"). The regularly noticed motion was set for hearing on March 6, 2008, at 8:00 a.m. in Department 9 of the above-entitled Court, the Honorable William H. Alsup, presiding.

The Motion to Compel seeks an order compelling Defendant and Cross-Complainant Carolyn Pestano to arbitrate each and every one of the Counterclaims asserted by her in this Action.

The Court, having considered the papers and arguments of counsel, and good cause appearing therefore, orders that the Motion to Compel is granted and:

1. Defendant and Cross-Complainant Carolyn Pestano shall arbitrate each and every one of the Counterclaims asserted by her in this action, which arise out of her assignor, Viva Wireless Inc.'s relationship with AT&T Mobility II and are subject to written agreements to arbitrate any and all claims and disputes that arise between them.

2. A post-arbitration hearing is set for _____, at _____ a.m. in Department 9 of the above-captioned Court.

Dated: _____, 2008

                                                                                                    Honorable William H. Alsup
                                                                                                     United States District Judge

**CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER GRANTING MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO**