1  Ronald J. Kohut, Esq. (SBN 66463)
   *ron@kohutlaw.com*
2  Sarah K. Kohut, Esq. (SBN 197655)
   *sarah@kohutlaw.com*
3  KOHUT & KOHUT LLP
   3554 Round Barn Blvd., Suite 204
4  Santa Rosa, California  95403
   Telephone: (707) 573-3100
5  Facsimile:   (707) 573-3101

6  Attorneys for Plaintiff and Cross-Defendant
   AT&T MOBILITY II, LLC

7

                    UNITED STATES DISTRICT COURT

8

                  NORTHERN DISTRICT OF CALIFORNIA

9

10 AT&T MOBILITY II, LLC, a Delaware limited      )   **Case No. CV 07-05463 WHA**
   liability company,                            )
11                                               )   **DECLARATION OF SARAH**
                                                 )   **K. KOHUT IN SUPPORT OF**
12            Plaintiff,                          )   **MOTION BY AT&T**
                                                 )   **MOBILITY II, LLC TO**
13    v.                                          )   **COMPEL ARBITRATION OF**
                                                 )   **COUNTERCLAIMS OF**
14 CAROLYN PESTANO, an individual,                )   **CAROLYN PESTANO**
                                                 )
15            Defendant.                          )   **[Proposed Order, Motion and**
                                                 )   **Declaration of Marc Miguel**
16                                               )   **Filed Concurrently]**
   AND RELATED COUNTERCLAIMS                      )
17                                               )
                                                 )
18                                               )
                                                 )
19                                               )   Date:  March 6, 2008
                                                 )   Time: 8:00 a.m.
20                                               )   Courtroom: 9
                                                 )
21                                               )
                                                 )
22                                               )

23

24

25

26

27                              1

28

---

1  I, SARAH K. KOHUT, declare:

2        1.     I am an attorney at law, duly licensed to practice within the courts of the State

3  of California and the United States District Courts of California, Eastern, Central, Southern

4  and Northern Districts and am a special partner in the law firm of Kohut & Kohut LLP,

5  attorneys of record for Plaintiff and Cross-Defendant AT&T Mobility II, LLC ("AT&T

6  Mobility II").

7        2.     This Declaration is being submitted in support of AT&T Mobility II's Motion

8  to Compel Arbitration. I have personal knowledge of the following facts and, if called to

9  testify, I could and would competently testify to those facts.

10        3.     On December 19, 2007, I, along with Ronald J. Kohut of Kohut & Kohut,

11  LLP, met telephonically with the attorney of Defendant and Cross-Complainant Carolyn

12  Pestano ("Pestano"), Venkat Balasubramani of Balasubramani Law. During that

13  teleconference I informed Mr. Balasubramani of Pestano's obligation to arbitrate her

14  Counterclaims and, on behalf of AT&T Mobility II, demanded that Pestano arbitrate those

15  Counterclaims. In addition, for the convenience of Pestano, I offered, on behalf of AT&T

16  Mobility II to allow Pestano to arbitrate the claims arising from the Guaranty so that the

17  entire action before this Court could be transferred to arbitration. I also informed Mr.

18  Balasubramani that AT&T Mobility II would file a motion to compel arbitration if necessary.

19  Mr. Balasubramani stated that Pestano would not agree to arbitration.

20

21        I declare under penalty of perjury that the foregoing is true and correct. Executed on

22  January 23, 2008, at Seattle, Washington.

23

24                                   _____

25                                     Sarah K. Kohut

26

27                               1

28

---

**CASE NO. CV 07-05463 WHA: DECL. OF SARAH K. KOHUT IN SUPPORT OF
MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF
COUNTERCLAIMS OF CAROLYN PESTANO**