Ronald J. Kohut, Esq. (SBN 66463)
*ron@kohutlaw.com*
Sarah K. Kohut, Esq. (SBN 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile:  (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. **CV 07-05463** WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION BY AT&T MOBILITY II, LLC TO DISMISS THE FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS OF CAROLYN PESTANO WITHOUT LEAVE TO AMEND**<br><br>Date: March 6, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9 |

1

**CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER GRANTING MOTION BY AT&T MOBILITY II, LLC TO DISMISS THE FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS OF CAROLYN PESTANO**

Now before the Court is a Motion by AT&T Mobility II, LLC to Dismiss the First, Second, Fifth and Sixth Counterclaims brought by Carolyn Pestano ("Pestano"), without leave to amend ("Motion to Dismiss"). The regularly noticed motion was set for hearing on March 6, 2008, at 8:00 a.m. in Department 9 of the above-entitled Court, the Honorable William H. Alsup, presiding.

The Motion to Dismiss is based upon Federal Rule of Civil Procedure 12(b) (6) and seeks an order Dismissing the First, Second, Fifth and Sixth Counterclaims asserted by Pestano without leave to amend.

The Court, having considered the papers and arguments of counsel, and good cause appearing therefore, orders that the Motion to Dismiss is granted and:

1. The First Counterclaim for breach of the "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base" ("SMF Release") is dismissed, without leave to amend, for failure to state a claim upon which relief can be granted, because it fails to allege an actionable breach of the SMF Release.

2. The Second Counterclaim for breach of the "AT&T Wireless Exclusive Dealer Agreement" is dismissed, without leave to amend, because it is expressly barred by the terms of the SMF Release.

3. The Fifth Counterclaim for negligent misrepresentation fails to state a claim upon which relief can be granted, because Pestano cannot allege justifiable reliance because under the "Advanced Payment Agreement" and "Cingular Wireless Exclusive Dealer Agreement" Pestano's alleged assignor, Viva Wireless, Inc. ("Viva") explicitly represented and agreed that it did not and would not rely upon the types of assertions which constitute the alleged negligent misrepresentations.

4. The Sixth Counterclaim for "Unfair Competition (§17200)" ("Section 17200") fails to state a claim because no remedy is available to Pestano under such claim as damages, exemplary damage and attorney's fees are not available under Section 17200; declaratory and injunctive relief are unavailable because only past acts are alleged; and restitution is

1

unavailable because neither Pestano, nor Viva, the alleged assignor of the Counterclaims, gave to AT&T Mobility II, money or property "to which it was not entitled." *Day v. AT&T Corporation*, 63 Cal. App. 4th 325, 340 (1998)

Dated: _____, 2008

_____
Honorable William H. Alsup
United States District Judge

2

CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER GRANTING MOTION BY AT&T MOBILITY II, LLC TO DISMISS THE FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS OF CAROLYN PESTANO