Venkat Balasubramani
(State Bar No. 189192)
BALASUBRAMANI LAW
8426 40th Ave. SW
Seattle, Washington 98136
(206) 529-4827 phone
(206) 260-3966 fax
venkat@balasubramani.com
Attorney for Carolyn Pestano

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company, | Case No. C07-05463 WHA |
| Plaintiff, vs. | **[PROPOSED] ORDER DENYING AT&T'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| CAROLYN PESTANO, an individual, Defendant. | |

WHEREAS, AT&T Mobility II, LLC (AT&T) filed an administrative request to seal three documents in support of its Motion to Compel Arbitration and Motion to Dismiss;

WHEREAS, the Court has considered AT&T's Motion (and accompanying declarations); Defendant's Opposition (and accompanying declarations) and the records and pleadings on file, and rules as follows:

1. AT&T's request to seal Exhibits B, C, and D to the Declaration of Marc Miguel is DENIED.

2. AT&T's request to seal portions of its Motion to Compel Arbitration and Motion to Dismiss is DENIED.

3. AT&T may renew its request to seal with respect to specific portions of documents (excluding those referenced in its Motion to Compel Arbitration and Motion to Dismiss). These provisions are properly part of the public record.

It is so ORDERED.

DATED this __ day of _____, 2008.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE