# Venkat Balasubramani

| | |
|---|---|
| **From:** | Sarah Kohut [sarah@kohutlaw.com] |
| **Sent:** | Tuesday, January 22, 2008 9:32 PM |
| **To:** | Venkat Balasubramani |
| **Cc:** | Ron Kohut |
| **Subject:** | RE: Viva:  Ex Parte Application to File Documents Under Seal |

Venkat:

We are seeking to file, in their entirety, the "Cingular Wireless Exclusive Dealer Agreement," "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base ("2/1/06 SMF Release") and "Advanced Payment Agreement." Each of those agreements has a confidentiality clause, which your client's assignor agreed to which makes the terms of the agreements confidential.  *See* Dealer Agreement at 4.2.1; SMF Release at 4b; APA at 4.  As the terms of the agreements are confidential, we will also be seeking to file under seal those portions cited in the motions to compel and motions to dismiss.  Redacted versions of the motions will be filed in the Court record and of course unredacted versions will be served upon you (not electronically).

Please let me know if this clarification alters your position.

Sarah

---

**From:** Venkat Balasubramani [mailto:venkat@balasubramani.com]
**Sent:** Tue 1/22/2008 6:25 PM
**To:** Sarah Kohut
**Cc:** Ron Kohut
**Subject:** RE: Viva: Ex Parte Application to File Documents Under Seal

Sarah,

It would be helpful to know exactly what provisions AT&T argues are required to be filed under seal, and why.  I'd be happy to work with you to try to come to a compromise if you can provide additional details – absent that (at this point) I do object to the motion.

Is there any way that we can file redacted versions of the agreements?  Alternatively, I would consider stipulating to portions of the agreements, maybe if we could highlight what provisions you would like to bring to the court's attention I would consider stipulating that the agreements contained those provisions.  At the end of the day I have a hard time agreeing to file (what AT&T argues are) dispositive provisions of the agreement under seal – it seems like at this stage, those provisions seem like they will be the subject of your application?

Again, I'm willing to work with AT&T to try to effect a compromise, but a blanket agreement that states that all of those documents should be filed under seal doesn't seem workable, or efficient.  (In my experience filing materials under seal just creates a hassle for everyone.)

Venkat

---

**From:** Sarah Kohut [mailto:sarah@kohutlaw.com]
**Sent:** Tuesday, January 22, 2008 8:48 AM
**To:** Venkat Balasubramani
**Cc:** Ron Kohut
**Subject:** Viva: Ex Parte Application to File Documents Under Seal
**Importance:** High

Venkat:

We will be filing an *ex parte* application to file the "Cingular Wireless Exclusive Dealer Agreement," "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base ("2/1/06 SMF Release") and "Advanced Payment Agreement" and those portions of the Motion to Compel Arbitration and Motion to Dismiss that reproduce any language from those agreements, under seal.  Each of the agreements is by its terms confidential.

Please let me know as quickly as possible, but no later than the end of the day today, whether your client will oppose such motion.

Thank you,

Sarah

Sarah K. Kohut
Kohut & Kohut, LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
(949) 300-4246
(707) 573-3101 Fax
sarah@kohutlaw.com