UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>January 31, 2008</u>

Case No.  <u>C 07-054563 WHA</u>

Title:<u> AT&T MOBILITY </u> v. <u>CAROLYN PESTANO</u>

Plaintiff Attorneys: Ronald Kohut

Defense Attorneys: Venkat Balasubramanu

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>CMC - HELD                                                                </u>

2)   <u>                                                                                  </u>

Initial Disclosures (Rule 26): 2/16/08

Discovery Cutoff: 7/31/08

Designation of Experts: 7/31/08

Last Day to File Motion: 9/4/08


Continued to <u>  </u> for Further Case Management Conference

Continued to  <u>**10/20/08 at 2:00 pm**</u>  for Pretrial Conference

Continued to  <u>**10/27/08 at 7:30 am**</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.