Ronald J. Kohut, Esq. (SBN 66463)
*ron@kohutlaw.com*
Sarah K. Kohut, Esq. (SBN 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile: (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA<br><br>**DECLARATION OF MARC MIGUEL IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO AND MOTION TO DISMISS THE FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS OF CAROLYN PESTANO WITHOUT LEAVE TO AMEND**<br><br>Date: March 6, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9 |

1

CASE NO. CV 07-05463 WHA: DECLARATION OF MARC MIGUEL IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO AND MOTION TO DISMISS FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS

I, MARC MIGUEL, declare:

1. I am an Area Retail Sales Manager for AT&T Mobility II, LLC, a party to this action. Between 2001 and 2007 I was employed by Cingular Wireless LLC ("Cingular") as a Retail Account Executive; Retail Account Manager, and lastly, an Area Retail Sales Manager.

2. This Declaration is being submitted in support of "Motion by AT&T Mobility II, LLC to Compel Arbitration of Counterclaims of Carolyn Pestano" and "Motion of AT&T Mobility II, LLC to Dismiss the First, Second, Fifth and Sixth Counterclaims of Carolyn Pestano Without Leave to Amend." I have personal knowledge of the following facts and, if called to testify, I could and would competently testify to those facts.

3. Attached as Exhibit "A" is a true copy of the "AT&T Wireless Exclusive Dealer Agreement" entered into by Viva Wireless Inc. ("Viva") and AT&T Wireless Services, Inc. effective September 1, 2001. AT&T Wireless Services, Inc. ("AWS") had a regular business practice of electronically storing (at the time all parties had executed such agreements) and maintaining all agreements to which it was a party. That practice was continued by Cingular Wireless II, LLC and is currently used by AT&T Mobility II.

4. Attached as Exhibit "B" is a true copy of the "Cingular Wireless Exclusive Dealer Agreement" entered into by Viva and AT&T Mobility II's predecessor, Cingular Wireless II, LLC, effective January 1, 2006. Cingular Wireless II, LLC had a regular business practice of electronically storing (at the time all parties had executed such agreements) and maintaining all agreements to which it was a party. That practice is currently used by AT&T Mobility II.

1

**CASE NO. CV 07-05463 WHA: DECLARATION OF MARC MIGUEL IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO AND MOTION TO DISMISS FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS**

5. Attached as Exhibit "C" is a true copy of the "Settlement and Release Concerning Dealer's Pre-2/1/06 Total Subscriber Base" entered into by Viva and AT&T Mobility II's predecessor, Cingular Wireless II, LLC, effective February 1, 2006. Cingular Wireless II, LLC had a regular business practice of electronically storing (at the time all parties had executed such agreements) and maintaining all agreements to which it was a party. That practice is currently used by AT&T Mobility II.

6. Attached as Exhibit "D" is a true copy of the "Advanced Payment Agreement" ("APA") entered into by Viva and AT&T Mobility II's predecessor, Cingular Wireless II, LLC, in October 2006. Attached as Exhibit "B" to the APA is the "Dealer Principal Personal Guaranty" executed by Carolyn Pestano on October 3, 2006. Cingular Wireless II, LLC had a regular business practice of electronically storing (at the time all parties had executed such agreements) and maintaining all agreements to which it was a party. That practice is currently used by AT&T Mobility II.

**CASE NO. CV 07-05463 WHA: DECLARATION OF MARC MIGUEL IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO AND MOTION TO DISMISS FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS**

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  January 23, 2008, at Pleasanton, California.

_____
Marc Miguel

CASE NO. CV 07-05463 WHA: DECLARATION OF MARC MIGUEL IN SUPPORT OF MOTION BY
AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN
PESTANO AND MOTION TO DISMISS FIRST, SECOND, FIFTH AND SIXTH COUNTERCLAIMS