Venkat Balasubramani (SBN 189192)
*venkat@balasubramani.com*
BALASUBRAMANI LAW
8426 40TH Ave SW
Seattle, WA 98136
Telephone: (206) 529-4827
Facsimile:  (206) 260-3966

Attorney for Defendant
CAROLYN PESTANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>Defendant. | Case No. C07-05463 WHA<br><br>**DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF PESTANO'S OPPOSITION TO AT&T'S MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION** |

I, Venkat Balasubramani, make the following declaration based on my personal knowledge as to the matters set forth herein. I am counsel to Carolyn Pestano in this matter.

1. On Monday February 11, 2008, I inquired with the American Arbitration Association (AAA) regarding the costs of initiating an arbitration. They confirmed (as stated on their publicly available website <http://www.adr.org/>) that there is an initial filing fee to initiate the arbitration (depending on the amount of the claim). The AAA also requires a 50% deposit of the charges of the arbitrators. The AAA advised that arbitrators in the Northern California area charge between $300 and $400 per hour.

1

2. AT&T Mobility II, LLC did not offer to arbitrate its claims against Carolyn Pestano. It did not offer to do so prior to filing its lawsuit and has not done so after initiating this litigation. The parties did discuss mediation but that discussion was in the context of non-binding mediation pursuant to court-ordered ADR. At no point has AT&T Mobility II, LLC advised me that it wished to submit its claims against Carolyn Pestano to binding arbitration in the same manner it argues Carolyn Pestano's claims against it are subject to arbitration.

I declare that the foregoing is true and correct under the laws of the state of Washington. Executed this 12th day of February, 2008.

_____
Venkat Balasubramani