# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| AT&T Mobility II, LLC,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Pestano,<br><br>　　　　　　Defendant(s). | 07-05463 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Paul J. Dubow**
Law Offices of Paul J. Dubow
660 Fourth St., #197
San Francisco, CA 94107
415-495-6309

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05463 WHA MED                       - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: February 15, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05463 WHA MED                 - 2 -