Ronald J. Kohut, Esq. (SBN 66463)
*ron@kohutlaw.com*
Sarah K. Kohut, Esq. (SBN 197655)
*sarah@kohutlaw.com*
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile: (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA<br><br>**DECLARATION OF RONALD J. KOHUT IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO**<br><br>**[Reply; Declarations of Scott Davis, Matthew Woolsey and Supplemental Declaration of Sarah K. Kohut Filed Concurrently]**<br><br>Date: March 6, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9 |

CASE NO. CV 07-05463 WHA: DECLARATION OF RONALD J. KOHUT IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO

I, RONALD J. KOHUT, declare:

1.    I am an attorney at law, duly licensed to practice within the courts of the State of California and the United States District Courts of California, Northern, Eastern and Central Districts and am a partner in the law firm of Kohut & Kohut LLP, attorneys of record for Plaintiff and Cross-Defendant AT&T Mobility II, LLC ("AT&T Mobility").

2.    This Declaration is being submitted in support of AT&T Mobility's Motion to Compel Arbitration. I have personal knowledge of the following facts and, if called to testify, I could and would competently testify to those facts.

3.    On December 19, 2007, I, along with Sarah K. Kohut of Kohut & Kohut, LLP, met telephonically with the attorney of Defendant and Cross-Complainant Carolyn Pestano ("Pestano"), Venkat Balasubramani of Balasubramani Law. During that teleconference, Sarah Kohut and I informed Mr. Balasubramani of Pestano's obligation to arbitrate the Counterclaims she asserted in this action on behalf of Viva Wireless, Inc. ("Viva") as its alleged assignee. On behalf of AT&T Mobility, I demanded that Pestano arbitrate those Counterclaims. In addition, for the convenience of Pestano, I offered, on behalf of AT&T Mobility to allow Pestano to arbitrate AT&T Mobility's claims arising from the Guaranty so that the entire action before this Court could be transferred to arbitration. I also informed Mr. Balasubramani that AT&T Mobility would file a motion to compel arbitration if necessary. Mr. Balasubramani stated that Pestano would not agree to arbitration. Despite this refusal, AT&T Mobility remains amenable to transferring the entire action pending before the Court to arbitration.

1

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2  February 21, 2008, at Santa Rosa, California.

3

4

5    Ronald J. Kohut

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

---