1  Ronald J. Kohut, Esq. (SBN 66463)
   *ron@kohutlaw.com*
2  Sarah K. Kohut, Esq. (SBN 197655)
   *sarah@kohutlaw.com*
3  KOHUT & KOHUT LLP
   3554 Round Barn Blvd., Suite 204
4  Santa Rosa, California 95403
   Telephone: (707) 573-3100
5  Facsimile:  (707) 573-3101

6  Attorneys for Plaintiff and Cross-Defendant
   AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA<br><br>**DECLARATION OF MATTHEW WOOLSEY IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO**<br><br>[Reply; Declarations of Scott Davis, Ronald J. Kohut and Supplemental Declaration of Sarah K. Kohut Filed Concurrently]<br><br>Date: March 6, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9 |

I, MATTHEW WOOLSEY, declare:

1. I am a Director of Indirect Sales for AT&T Mobility II, LLC ("AT&T Mobility"), a party to this action.

2. This Declaration is being submitted in support of AT&T Mobility's Motion to Compel Arbitration. I have personal knowledge of the following facts and, if called to testify, I could and would competently testify to those facts.

3. Between 2005 and early 2006, I was involved with the transition of former AT&T Wireless Service Inc. dealers after the merger between AT&T Wireless Services and Cingular Wireless. I was directly involved in the negotiations between AT&T Mobility's predecessor Cingular Wireless II, LLC ("Cingular") and Viva Wireless, Inc. ("Viva"), that led to the execution of the "Cingular Wireless Exclusive Dealer Agreement" ("Dealer Agreement" or "2006 Dealer Agreement"). Viva chose to enter into the 2006 Dealer Agreement; entering into such agreement was not mandated by Cingular. Viva had the option to remain, as other dealers in the Bay Area did, under the terms of the "AT&T Wireless Exclusive Dealer Agreement" ("Original Dealer Agreement") it had entered into with AT&T Wireless Services.

4. At the time Viva entered into the 2006 Dealer Agreement, Viva could also have terminated its relationship and become a dealer for Verizon, T-Mobile, Sprint/Nextel or any of the other wireless service providers in the Bay Area, which was the area in which Viva operated. At the time AT&T Wireless Services and Cingular merged, some dealers made that choice. In particular, I recall an AT&T Wireless Services dealer in the Bay Area that chose to become a dealer for Verizon.

1

CASE NO. CV 07-05463 WHA: DECLARATION OF MATTHEW WOOLSEY IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2008, at Pleasanton, California.

*/s/ Matthew Woolsey*

---
Matthew Woolsey

2

**CASE NO. CV 07-05463 WHA: DECLARATION OF MATTHEW WOOLSEY IN SUPPORT OF MOTION BY AT&T MOBILITY II, LLC TO COMPEL ARBITRATION OF COUNTERCLAIMS OF CAROLYN PESTANO**