UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: WILLIAM ALSUP**

**Date**: March 6, 2008

**Case No:** C 07-05463 WHA

**Case Title**: AT&T MOBILITY v. CAROLYN PESTANO

**Appearances:**

    For Plaintiff(s): Ronald Kohut

    For Defendant(s): Venkat Balasubramani

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Kathy Wyatt

## PROCEEDINGS

1. Hearing on the Motion to Dismiss and to Compel Arbitration - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     (X) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    (X) Court