1 Ronald J. Kohut, Esq. (SBN 66463)
  *ron@kohutlaw.com*
2 Sarah K. Kohut, Esq. (SBN 197655)
  *sarah@kohutlaw.com*
3 KOHUT & KOHUT LLP
  3554 Round Barn Blvd., Suite 204
4 Santa Rosa, California 95403
  Telephone: (707) 573-3100
5 Facsimile:  (707) 573-3101

6 Attorneys for Plaintiff and Cross-Defendant
  AT&T MOBILITY II LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. **CV 07-05463** WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AT&T MOBILITY II LLC LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Stipulation to Allow Plaintiff AT&T Mobility II LLC to File First Amended Complaint filed concurrently] |

1

**CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER GRANTING PLAINTIFF
AT&T MOBILITY II LLC LEAVE TO FILE FIRST AMENDED COMPLAINT**

1  Pursuant to Federal Rule of Civil Procedure Rule 15(a) (2) and the "Stipulation to
2  Allow Plaintiff AT&T Mobility to File First Amended Complaint," executed by the parties in
3  the above-captioned action, the Court hereby grants leave to Plaintiff AT&T Mobility II LLC
4  to file the First Amended Complaint attached as Exhibit A to the "Stipulation to Allow
5  Plaintiff AT&T Mobility to File First Amended Complaint."
6  **IT IS SO ORDERED.**
7
8  Dated: _____, 2008
9
10
11                                              _____
                                                Honorable William H. Alsup
12                                              United States District Judge

1

CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER GRANTING PLAINTIFF
AT&T MOBILITY II LLC LEAVE TO FILE FIRST AMENDED COMPLAINT