1  Ronald J. Kohut, Esq. (SBN 66463)
   *ron@kohutlaw.com*
2  Sarah K. Kohut, Esq. (SBN 197655)
   *sarah@kohutlaw.com*
3  KOHUT & KOHUT LLP
   3554 Round Barn Blvd., Suite 204
4  Santa Rosa, California 95403
   Telephone: (707) 573-3100
5  Facsimile:  (707) 573-3101

6  Attorneys for Plaintiff and Cross-Defendant
   AT&T MOBILITY II LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AT&T MOBILITY II, LLC, a Delaware limited liability company, | Case No. **CV 07-05463** WHA |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF AT&T MOBILITY II LLC LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| CAROLYN PESTANO, an individual, | |
| Defendant. | [Stipulation to Allow Plaintiff AT&T Mobility II LLC to File First Amended Complaint filed concurrently] |
| AND RELATED COUNTERCLAIMS | |

1

CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER GRANTING PLAINTIFF
AT&T MOBILITY II LLC LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure Rule 15(a) (2) and the "Stipulation to Allow Plaintiff AT&T Mobility to File First Amended Complaint," executed by the parties in the above-captioned action, the Court hereby grants leave to Plaintiff AT&T Mobility II LLC to file the First Amended Complaint attached as Exhibit A to the "Stipulation to Allow Plaintiff AT&T Mobility to File First Amended Complaint."

**IT IS SO ORDERED.**

Dated: ___April 1___, 2008

_____
Honorable William H. Alsup
United States District Judge

CASE NO. CV 07-05463 WHA: [PROPOSED] ORDER GRANTING PLAINTIFF
AT&T MOBILITY II LLC LEAVE TO FILE FIRST AMENDED COMPLAINT