UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN PESTANO, an individual; and VIVA WIRELESS, INC., a California corporation,<br><br>    Defendant. | Case No.: CV 07-05463 WHA<br><br>CERTIFICATE OF SERVICE |

I do hereby certify that on this 3rd day of April, 2008, I caused to be served a true and correct copy of the foregoing *Summons and First Amended Complaint for: Enforcement of Guaranty; Breach of Guaranty; Breach of Contract (Advanced Payment Agreement); Breach of Contract (Dealer Agreement); Goods Sold and Delivered at Agreed Price* and *Certificate of Service* by hand serving copies to Carolyn Pestano, Viva Wireless, Inc.'s authorized agent, who was attending a deposition at Stokes Lawrence, P.S., 800 Fifth Avenue, Seattle, Washington.

Ronald J. Kohut

CERTIFICATE OF SERVICE - CV 07-05463 WHA
34001-512\319737.doc                -1-