IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY II, LLC, a Delaware
limited liability company,

    Plaintiff,

  v.

CAROLYN PESTANO, an individual,

    Defendant.
                                     /

AND RELATED COUNTERCLAIMS.
                                     /

No. C 07-05463 WHA

**ORDER SETTING HEARING
ON DEFENDANT'S
DISCOVERY DISPUTE**

      There will be a hearing in person in courtroom 9 on defendant Pestano's motion to compel at **9:00 A.M. ON APRIL 22, 2008**. Counsel **MUST** arrive at **8:00 A.M.** that same day together with a client representative authorized to make decisions concerning discovery. The parties and counsel shall then meet in the jury room for one hour in an attempt to resolve all differences. Any open items set forth in the April 8 letter will then be heard at the hearing beginning at 9:00 a.m. Plaintiff's response is due by **NOON ON APRIL 15, 2008**.

      **IT IS SO ORDERED.**

Dated: April 8, 2008.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE