IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY II, LLC, a Delaware
limited liability company,

    Plaintiff,

  v.

CAROLYN PESTANO, an individual,

    Defendant.
                                /

AND RELATED COUNTERCLAIMS.
                                /

No. C 07-05463 WHA

**NOTICE RE MATERIALS
FOR HEARING**

     Counsel should bring to the discovery hearing on April 22, 2008, all materials needed to hear out the matter.

     **IT IS SO ORDERED.**

Dated: April 8, 2008.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE