Venkat Balasubramani
(State Bar No. 189192)
BALASUBRAMANI LAW
8426 40th Ave. SW
Seattle, Washington 98136
(206) 529-4827 phone
(206) 260-3966 fax
venkat@balasubramani.com
Attorney for Carolyn Pestano

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN PESTANO, an individual, <br><br> Defendant. | **No. C07-05463 WHA** <br><br> STIPULATION AND PROPOSED ORDER REGARDING SECOND AMENDED COUNTERCLAIMS |

WHEREAS, the Scheduling Order entered in this case provides for a pleading amendment deadline of March 31, 2008.

WHEREAS, Carolyn Pestano ("*Pestano*") proposes to amend her counterclaims based on new facts she discovered which were contained in a document produced in discovery following the pleading amendment deadline.

WHEREAS, Pestano requests a limited modification of the Scheduling Order to the extent necessary to amend her counterclaims, and leave to file her amended counterclaims,

No. C07-05463 WHA – STIPULATION REGARDING SECOND AMENDED COUNTERCLAIMS - 1

1  which are submitted herewith.

2      WHEREAS, AT&T Mobility II, LLC does not oppose Pestano's request, and

3

4  stipulates to it.

5      The parties, through their counsel stipulate as set forth above.

6  DATED this 10th day of April, 2008.

7

8  _____
    Sarah K. Kohut, Esq. (SBN 197655)

9      sarah@kohutlaw.com

10     KOHUT & KOHUT LLP
    3554 Round Barn Blvd., Suite 204

11     Santa Rosa, California 95403
    Facsimile: (707) 573-3101

12     For AT&T Mobility II, LLC

_____
Venkat Balasubramani, Bar No. 189192
Balasubramani Law
8426 40th Ave SW
Seattle, WA 98136
(206) 529-4827 / (206) 260-3966 Fax
venkat@balasubramani.com
for CAROLYN PESTANO (Defendant)

No. C07-05463 WHA – STIPULATION REGARDING SECOND AMENDED COUNTERCLAIMS - 2

## ORDER

Whereas, based on the stipulation of the parties, the Court, finding good cause shown, hereby GRANTS a limited modification of the Scheduling Order and GRANTS Pestano leave to file the proposed amended pleading.

The filing of the amended counterclaims shall not affect any other deadline in this case, all of which shall remain in place.

Dated this _ day of April, 2008.

_____
HONORABLE WILLIAM H. ALSUP,
UNITED STATES DISTRICT JUDGE