**ORDER**

Whereas, based on the stipulation of the parties, the Court, finding good cause shown, hereby GRANTS a limited modification of the Scheduling Order and GRANTS Pestano leave to file the proposed amended pleading.

The filing of the amended counterclaims shall not affect any other deadline in this case, all of which shall remain in place.

Dated this _ day of April, 2008.

_____
HONORABLE WILLIAM H. ALSUP,
UNITED STATES DISTRICT JUDGE