Ronald J. Kohut, Esq. (SBN 66463)
Sarah K. Kohut, Esq. (SBN 197655)
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile: (707) 573-3101

Attorneys for Plaintiff
AT&T MOBILITY II LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual; and VIVA WIRELESS, INC., a California corporation;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA<br><br>**DECLARATION OF RONALD J. KOHUT IN SUPPORT OF AT&T MOBILITY II LLC'S OPPOSITION TO CAROLYN PESTANO'S APRIL 8, 2008 LETTER REQUEST FOR ORDER TO COMPEL**<br><br>[Letter Opposition; Declaration of Sarah K. Kohut and Notice of Lodgment Filed Concurrently] |

1

I, RONALD J. KOHUT, declare:

1. I am an attorney at law, duly licensed to practice within the courts of the State of California and the United States District Courts of California, Northern, Eastern and Central Districts and am a partner in the law firm of Kohut & Kohut LLP, attorneys of record for Plaintiff and Cross-Defendant AT&T Mobility II, LLC ("AT&T Mobility").

2. This Declaration is being submitted in support of AT&T Mobility's Opposition to Carolyn Pestano's April 8, 2008 Letter Request for Order to Compel. I have personal knowledge of the following facts and, if called to testify, I could and would competently testify to those facts.

3. On April 3, 2008, I attended and took the deposition of defendant and counterclaimant Carolyn Pestano in Seattle, Washington in connection with this action.

4. During the deposition I asked Ms. Pestano numerous questions regarding the disposal of the cellular phone equipment her company, Viva Wireless Inc. ("Viva Wireless"), had ordered and received from AT&T Mobility, but for which Viva Wireless had not paid AT&T Mobility. In response to these questions, Ms. Pestano admitted that Viva Wireless had sold the equipment to a third party. Ms. Pestano also admitted that she authorized and approved of the sale to generate income so that Viva Wireless could pay "higher priority debts."

5. I also asked Ms. Pestano questions regarding her review and production of documents in connection with her Federal Rule of Civil Procedure Rule 26 disclosure requirements. Ms. Pestano disclosed that there are approximately 75 boxes and a large number of filing cabinets full of Viva Wireless files in storage in Hayward, California. Ms. Pestano stated that she had not reviewed those documents in connection with this Action. Ms. Pestano later changed her testimony to state that she had reviewed the documents. Later, she again changed her testimony to state that she had not reviewed the documents.

DECLARATION OF RONALD J. KOHUT IN SUPPORT OF AT&T MOBILITY II
LLC'S OPPOSITION TO CAROLYN PESTANO'S APRIL 8, 2008 LETTER REQUEST
FOR ORDER TO COMPEL

6. While I have received a "rough" transcript of Ms. Pestano's deposition, I have not yet received a certified transcript. Once a certified transcript is received, I will lodge the portions reflecting the testimony set forth above, with the Court.

7. During Ms. Pestano's deposition, her counsel, Venkat Balasubramani, raised the issue of settlement and the discovery dispute. As it was clear that Mr. Balasubramani wanted primarily to discuss settlement, I invited him to contact Sarah Kohut of my office to meet and confer regarding discovery. I then engaged in a lengthy discussion with Mr. Balasubramani regarding settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2008, at Santa Rosa, California.

_____
Ronald J. Kohut

3

**DECLARATION OF RONALD J. KOHUT IN SUPPORT OF AT&T MOBILITY II LLC'S OPPOSITION TO CAROLYN PESTANO'S APRIL 8, 2008 LETTER REQUEST FOR ORDER TO COMPEL**