1  Ronald J. Kohut, Esq. (SBN 66463)
   Sarah K. Kohut, Esq. (SBN 197655)
2  KOHUT & KOHUT LLP
   3554 Round Barn Blvd., Suite 204
3  Santa Rosa, California 95403
   Telephone: (707) 573-3100
4  Facsimile:  (707) 573-3101

5  Attorneys for Plaintiff
   AT&T MOBILITY II LLC
6

7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10 AT&T MOBILITY II, LLC, a Delaware limited    )  Case No. CV 07-05463 WHA
   liability company,                           )
11                                              )  NOTICE OF LODGMENT IN
              Plaintiff,                        )  SUPPORT OF AT&T
12                                              )  MOBILITY II LLC'S
   v.                                           )  OPPOSITION TO CAROLYN
13                                              )  PESTANO'S APRIL 8, 2008
                                                )  LETTER REQUEST FOR
14 CAROLYN PESTANO, an individual; and VIVA     )  ORDER TO COMPEL
   WIRELESS, INC., a California corporation;    )
15                                              )
              Defendants.                       )  [Letter Opposition; Declarations
16                                              )  of Ronald J. Kohut and Sarah
                                                )  K. Kohut Filed Concurrently]
17 AND RELATED COUNTERCLAIMS                    )
                                                )
18                                              )
                                                )
19                                              )
                                                )
20                                              )
                                                )
21                                              )
                                                )
22                                              )

23

24

25

26

27
                                    1
28
   ─────────────────────────────────────────────────────────────────
   NOTICE OF LODGMENT IN SUPPORT OF AT&T MOBILITY II LLC'S
   OPPOSITION TO CAROLYN PESTANO'S APRIL 8, 2008 LETTER REQUEST FOR
                         ORDER TO COMPEL

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff AT&T Mobility II LLC ("AT&T MOBILITY") hereby lodges as Exhibit "A," the documents Bates-numbers ATT/PES 29267-29268, which are referenced in AT&T Mobility's opposition to Defendant and cross-complainant Carolyn Pestano's letter, filed with this Court and dated April 8, 2008 seeking to compel plaintiff and cross-defendant AT&T Mobility II LLC to produce additional documents and information.

DATED: April 14, 2008

KOHUT & KOHUT LLP

By: _____
Ronald E. Kohut, Esq.
Sarah K. Kohut, Esq.
Attorneys for Plaintiff
AT&T Mobility II LLC

**NOTICE OF LODGMENT IN SUPPORT OF AT&T MOBILITY II LLC'S OPPOSITION TO CAROLYN PESTANO'S APRIL 8, 2008 LETTER REQUEST FOR ORDER TO COMPEL**

# EXHIBIT A