Ronald J. Kohut, Esq. (SBN 66463)
ron@kohutlaw.com
Sarah K. Kohut, Esq. (SBN 197655)
sarah@kohutlaw.com
KOHUT & KOHUT LLP
3554 Round Barn Blvd., Suite 204
Santa Rosa, California 95403
Telephone: (707) 573-3100
Facsimile: (707) 573-3101

Attorneys for Plaintiff and Cross-Defendant
AT&T MOBILITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN PESTANO, an individual; and VIVA WIRELESS, INC., a California corporation;<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-05463 WHA<br><br>**NOTICE OF MANUAL FILING RE: AT&T MOBILITY II LLC's NOTICE OF LODGMENT IN SUPPORT OF AT&T MOBILITY II LLC'S OPPOSITION TO CAROLYN PESTANO'S APRIL 8, 2008 LETTER REQUEST FOR ORDER TO COMPEL** |

## MANUAL FILING NOTIFICATION

**Regarding: AT&T's Notice Of Lodgment In Support Of AT&T Mobility II LLCs Opposition To Carolyn Pestano's April 8, 2008 Letter Request For Order To Compel.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

1

AT&T MOBILITY'S NOTICE OF MANUAL FILING

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ):

These filings were not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[XX] Other (description): **Document deemed confidential by Viva Wireless Inc.**

DATED: April 14, 2008				KOHUT & KOHUT LLP


						By:_____/s/_____
						Ronald J. Kohut, Esq.
						Sarah K. Kohut, Esq.
						Attorneys for Plaintiff
						AT&T Mobility II LLC

**AT&T MOBILITY'S NOTICE OF MANUAL FILING**