**Balasubramani Law**

8426 40th Ave SW
Seattle, WA 98136

phone 206.718.4250
fax 206.260.3966

www.balasubramani.com
venkat@balasubramani.com

April 16, 2008

**ELECTRONICALLY FILED**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

<u>Re:</u>   <u>*AT&T Mobility II, LLC v. Carolyn Pestano /*</u>
       <u>*Request to Reschedule April 22, 2008 Hearing re Discovery Dispute*</u>

Dear Judge Alsup:

The Court set a hearing on the request to compel filed by Defendant Carolyn Pestano ("***Pestano***") for April 22, 2008. Pestano respectfully requests that the hearing be rescheduled to May 2, 2008 (depending on the Court's availability). The parties and counsel are scheduled to participate in a mediation on May 1 in San Francisco. I am traveling to San Francisco along with Ms. Pestano in order participate in the mediation. Accordingly, scheduling the discovery hearing the day after the mediation would allow savings in travel costs.

I've conferred with counsel for AT&T Mobility II, LLC ('***AT&T***"), who advised that AT&T does not object to Pestano's request.

I appreciate the Court's indulgence in rescheduling this matter.

Respectfully,

BALASUBRAMANI LAW

*[signature]*

Venkat Balasubramani (counsel for Defendant and Counterclaimant Carolyn Pestano)