IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY II, LLC, a Delaware limited liability company,

    Plaintiff,

  v.

CAROLYN PESTANO, an individual,

    Defendant.
                            /

AND RELATED COUNTERCLAIMS.
                            /

No. C 07-05463 WHA

**ORDER CONTINUING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

      The hearing on defendant Pestano's motion to compel is **CONTINUED** to **APRIL 30, 2008,** at **9:00 A.M.**, per counsel's request. Counsel **MUST** arrive at **8:00 A.M.** that same day together with a client representative authorized to make decisions concerning discovery. The parties and counsel shall then meet in the jury room for one hour in an attempt to resolve all differences. Any open items set forth in the April 8 letter will then be heard at the hearing beginning at 9:00 a.m. Again, counsel are requested to bring to the discovery hearing all materials needed to hear out the matter.

      **IT IS SO ORDERED.**

Dated: April 16, 2008.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE