**KOHUT**
**& KOHUT** LLP

Business Trial Attorneys

April 17, 2008

The Honorable William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    *AT&T Mobility II, LLC v. Carolyn Pestano:*  Case No. C07-05463 WHA
             Request To Reschedule April 30, 2008 Hearing Re Discovery

Dear Judge Alsup:

On April 16, 2008, the Court reset the hearing on the request to compel filed by defendant and cross-complainant Carolyn Pestano ("Pestano") from April 22 to April 30, 2008 in response to the request of Pestano to move the hearing to May 2 to allow savings in travel costs as the mediation between the parties is set for May 1 at 10:00 a.m.

Plaintiff and cross-defendant AT&T Mobility II LLC ("AT&T Mobility") agreed to Pestano's request to move the hearing to May 2 and appreciates the Court's efforts to accommodate Pestano's request. Unfortunately, both of AT&T Mobility's client representatives have conflicts on April 30, 2008. AT&T Mobility's client representatives are, however, available on either May 1 prior to the mediation or May 2. Both of these dates accommodate Pestano's request to allow savings in travel costs and were previously agreed to by Pestano as acceptable dates. AT&T Mobility also remains available for the original hearing date of April 22.

Accordingly, AT&T Mobility respectfully requests that the Court reschedule the hearing on the request to compel filed by Pestano from April 30 to May 1 or May 2, 2008.

                                        Respectfully submitted,

                                        KOHUT & KOHUT LLP

                                        By:      /s/
                                                Ronald J. Kohut, Esq.
                                                Sarah K. Kohut, Esq.
                                                Attorneys for Plaintiff
                                                AT&T Mobility II LLC

*AT&T Mobility II, LLC v. Carolyn Pestano:*  Case No. C07-05463 WHA

3554 Round Barn Boulevard, Suite 204 • Santa Rosa, CA 95403 • (707) 573-3100 • (707) 573-3101 fax
600 Anton Boulevard, Suite 1075 • Costa Mesa, CA 92626 •(714) 384-4130 • (714) 384-4131 fax