**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T MOBILITY II, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CAROLYN PESTANO, an individual,

    Defendant.
    /

AND RELATED COUNTERCLAIMS.
    /

No. C 07-05463 WHA

**ORDER CONFIRMING HEARING DATE FOR DISCOVERY DISPUTE**

The hearing on defendant's discovery dispute will remain at **9:00 A.M. ON APRIL 22, 2008**, but for the reasons stated by counsel the client representatives no longer need to attend. Counsel should be present at **8:00 A.M.** to meet and confer in person in the jury room. Please assemble at 8:00 a.m. in the courtroom and the judge will then direct counsel to the jury room. At the end of the hour of meet and confer, if any issue remains for decision, the Court shall then hold a hearing and make a ruling. The Court is unwilling to postpone the hearing because it will simply be used as an excuse later to extend the discovery period. Please bring to the courthouse all materials needed to effectively meet and confer.

**IT IS SO ORDERED.**

Dated: April 8, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE