**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>April 22, 2008</u>

Case No.  <u>C 07-05463 WHA</u>

Title: <u>AT&T MOBILITY</u> v. <u>PESTANO</u>

Plaintiff Attorneys: Ronald Kohut

Defense Attorneys: Venkat Balasubramani

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Juanita Gonzalez</u>

**PROCEEDINGS**

1)  <u>  Discovery Dispute - HELD                                                    </u>

2) <u>                                                                            </u>


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial


**ORDERED AFTER HEARING:**

Parties had a meet and confer in Judge Alsup's jury room prior to the hearing.  Parties were unable to resolve their disputes.  The Court issued rulings on the discovery items.  By 4/25/08, defense counsel shall submit a proposed order with the rulings.