Venkat Balasubramani (SBN 189192)
venkat@balasubramani.com
BALASUBRAMANI LAW
8426 40TH Ave SW
Seattle, WA 98136
Telephone: (206) 529-4827
Facsimile:   (206) 260-3966

Attorney for Defendant
CAROLYN PESTANO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY II, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br> v. <br><br> CAROLYN PESTANO, an individual, <br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. C07-05463 WHA <br><br> [PROPOSED] ORDER REGARDING APRIL 22, 2008 DISCOVERY HEARING |

The Court considered the letter seeking discovery relief filed by Defendant Carolyn Pestano ("*Pestano*"), the response filed by AT&T Mobility II, LLC ("*AT&T*"), Pestano's reply, and heard argument on the issues at April 22, 2008. The Court issues the following Order:

1. RFP No. 8 seeks discussions with third parties regarding additional dealer locations. AT&T shall produce such discussions for locations in the Hayward, San Jose, and Sacramento metro areas, (1) going back to January 1, 2005, (2) to the extent they relate to the merits of a particular location, including viability or desirability, or concerns regarding over-saturation, and (3) subject to the restriction that they be treated as "attorney's eyes only".

2. RFP Nos. 9 & 13 seeks calculations regarding amounts included in the SMF Release and amounts owed prior to the date of the SMF Release. AT&T shall conduct a

1

further search for any additional responsive documents (if any exist).

3. Interrogatory No. 7 seeks the identity of other dealers who entered into arrangements similar to the SMF Release. The Court finds a marginal basis for relevance at best with respect to this information. Pestano is not entitled to learn the identity of these dealers. Provided, however, nothing shall preclude Pestano from pursuing her general theory of a hidden agenda behind the SMF Release and conducting discovery with respect to the program AT&T had in place to restructure compensation to legacy dealers.

4. AT&T shall produce any documents set forth above within 28 days of entry of this Order. In all other respects, Pestano's request for relief is DENIED.

Dated this <u>28</u> day of April, 2008.

By:_____
HONORABLE WILLIAM H. ALSUP,
UNITED STATES DISTRICT JUDGE

1  Submitted by

2  **BALASUBRAMANI LAW**

3  /s/
4  By: _____
   Venkat Balasubramani, (SBN 189192)
5  Attorneys for Defendant, Carolyn Pestano

6  Approved by

7  **KOHUT & KOHUT LLP**

8  Approved via email
9  By: _____
   Sarah K .Kohut, (SBN 197655)
10  Attorneys for Plaintiff AT&T Mobility II, LLC

3

_____
Case No. C07-05463 WHA – [PROPOSED] ORDER RE APRIL 22, 2008 DISCOVERY HEARING