# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| AT&T Mobility II, LLC, | No. C 07-05463 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Pestano, | |
| Defendant(s). | |

***Instructions:*** *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __5/1/2008__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __5/1/2008__                          _/s/ Paul Dubow_
                                             **Mediator, Paul J. Dubow**
                                             Law Offices of Paul J. Dubow
                                             660 Fourth St., #197
                                             San Francisco, CA 94107

**Certification of ADR Session**
07-05463 WHA MED