

1  Ronald J. Kohut, Esq. (SBN 66463)
   Sarah K. Kohut, Esq. (SBN 197655)
2  KOHUT & KOHUT LLP
   3554 Round Barn Blvd., Suite 204
3  Santa Rosa, California  95403
   Telephone: (707) 573-3100
4  Facsimile:   (707) 573-3101

5  Attorneys for Plaintiff
   AT&T MOBILITY II LLC

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  AT&T MOBILITY II, LLC, a Delaware limited      )   **Case No. CV 07-05463 WHA**
    liability company,                             )
11                                                 )
12              Plaintiff,                         )   **STIPULATION OF**
                                                   )   **DISMISSAL PURSUANT TO**
13      v.                                         )   **FRCP 41(a) (1)**
                                                   )
14  CAROLYN PESTANO, an individual; and VIVA       )
    WIRELESS, INC., a California corporation;      )
15                                                 )
16              Defendants.                        )
                                                   )
17  AND RELATED COUNTERCLAIMS                      )
                                                   )
18                                                 )
                                                   )
19                                                 )
                                                   )
20                                                 )
                                                   )
21                                                 )
                                                   )
22                                                 )

23

24

25

26

27

28

                              1

The parties to this Action, through their designated counsel, stipulate that this Action be dismissed in its entirety with prejudice pursuant to FRCP 41(a) (1).

DATED: ~~May~~ June 26, 2008          KOHUT & KOHUT LLP

By: _____
Ronald J. Kohut, Esq.
(SBN 66463)
Sarah K. Kohut, Esq.
(SBN 197655)
Attorneys for Plaintiff
AT&T Mobility II LLC

DATED: May 22, 2008          BALASUBRAMANI LAW

By: _____
Venkat Balasubramani, Esq.
(SBN 189192)
Attorneys for Defendant
Viva Wireless, Inc. and
Defendant and Counterclaimant
Carolyn Pestano

2